UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. CV-98-5093 CBM(PLAx)     Date: February 1, 2008

Title: <u>Carpenters Southern California Administrative Corp. v. Francisco Esparza., et al.</u>

================================================================
DOCKET ENTRY
Second Order to Show Cause Re Renewal of Judgment
================================================================
PRESENT:
    The Honorable <u>CONSUELO B. MARSHALL</u>, UNITED STATES DISTRICT JUDGE

    <u>JOSEPH LEVARIO</u>    <u>none present</u>
    Deputy Clerk    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

    N/A    N/A

**PROCEEDINGS:**

    The matter before the Court is Plaintiff's "Revised Ex Parte Application for Renewal and Renewal of Judgment" ("Revised Application") which was filed in response to this Court's October 30, 2007 Order to Show Cause ("OSC"). The OSC asked Plaintiff to show cause why the Application should not be denied because (1) the calculated post-judgment interest was based on a different rate (in excess of 6%) than the rate set forth in the Application (4.61%), and (2) the stated rate of 4.61% was based on the "weekly average 1-year constant maturity Treasury yield . . . for the calendar week preceding" the date of judgment ("Weekly Average Treasury Yield Rate") even though, as of February 11, 1999 when judgment was entered in this matter, post judgment interest was calculated based on "the coupon issue yield equivalent . . . of the average accepted auction price for the last auction of fifty-two week United States Treasury bills settled immediately prior to" the date of judgment ("52 Week T-Bill Rate"). *See* 28 U.S.C. § 1961, Historical and Statutory Notes; *B.F. Goodrich Co. v. Murtha*, No. 387CV00052PCD, 2004 WL 3249236, *3 (D. Conn. Aug. 24, 2004) (holding the 52 Week T-Bill Rate applies to judgments entered prior to December 21, 2000); *see also* October 30, 2007 Order to Show Cause Re Renewal of Judgment.

    In the "Declaration of Sally S. Frontman in Response to Order to Show Cause dated October 30, 2007" ("Frontman Decl."), Ms. Frontman acknowledges that the original Application "inadvertently included interest calculation at an incorrect rate." Frontman Decl. at 2. Ms. Frontman then states that the interest used in the Revised Application is based on the Weekly Average Treasury Yield Rate without explaining why the 52 Week T-Bill Rate should not apply to this Judgment since it was entered prior to December 21, 2000.

    Accordingly, the Court issues this second order to show cause why the 52 Week T-Bill

Rate should not supply the post-judgment interest rate for this February 11, 1999 judgment. Plaintiff is ordered to respond no later than February 15, 2008.  If the explanation indicates that recalculation of interest is necessary, Plaintiff shall lodge revised pleadings and proposed orders consistent therewith.  Any revised calculations should reflect payments made by defendants, and whether the interest amounts charged reflect the lower principal amount after those payments were made.  Failure to submit a timely response will result in denial of the Ex Parte Application.


IT IS SO ORDERED.
Initials of Deputy Clerk_____
cc:	Judge Marshall
	Parties of Record